THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD CALE,<br><br>                 Plaintiff,<br><br>     v.<br><br>NAVDEEP DHALIWAL,<br><br>                 Defendant. | CASE NO. C17-01099-JCC<br><br>ORDER OF SUBSTITUTION AND REFORMING CAPTION |

     Having reviewed the Notice of Substitution and a duly executed Certification of Annette L. Hayes, United States Attorney for the Western District of Washington, pursuant to the provisions of the Federal Tort Claims Act, and specifically 28 U.S.C. § 2679(d)(1), substituting the United States of America as the party Defendant herein in place of and instead of Navdeep Dhaliwal for all claims sounding in tort,

     It is ORDERED that, pursuant to 28 U.S.C. § 2679(d)(1), the United States of America is hereby substituted as the party Defendant herein with respect to those claims alleged by Plaintiff sounding in tort, as set forth in 28 U.S.C. § 2679(b), in place of and instead of Defendant Navdeep Dhaliwal.

Order of Substitution
C17-01099-JCC - 1

It is further ORDERED that the caption of this case be amended to read as follows:

| | |
|---|---|
| EDWARD CALE,<br><br>               Plaintiff,<br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | CASE NO. C17-01099-JCC |

DATED this 17th day of August 2017.

*John C. Coughenour* (signature)

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Order of Substitution
C17-01099-JCC - 2