UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| EDWARD CALE, | CASE NO. C17-1099 MJP |
|---|---|
| Plaintiff, | ORDER ON MOTION TO SEAL |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

On September 18, 2017, Plaintiff filed a "Motion to Seal," attaching 55 pages of documents he designated as "confidential." (Dkt. No. 17.) His sole justification for the request consists of his statement "The following are confidential."

The motion is insufficient. Plaintiff is referred to the Local Rules of the Western District of Washington, specifically LR 5(g)(2) and (3) which govern the sealing and redaction of court records. The Local Rule lists the requirements which must be met before the Court will seal any documents entered into the public record; Plaintiff's motion meets none of those requirements.

Additionally, the documents are not associated with any motion or other pleading before the Court. Plaintiff is advised that he will not be permitted to file documents in the court record under seal unless he provides adequate justification for sealing them (in accordance with the Local Rules) and the documents are filed in support of a motion pending before the Court or are offered in conjunction with trial or some other court proceeding.

Accordingly, Plaintiff's motion to seal is DENIED.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated: October 3, 2017.

Marsha J. Pechman
United States District Judge