UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD CALE, | CASE NO. C17-1099 MJP |
| Plaintiff, | ORDER STRIKING MOTION TO SET TRIAL SCHEDULE |
| v. | |
| NAVDEEP DHALIWAL, et al., | |
| Defendants. | |

The Court is in receipt of Plaintiff's "Motion to Set Trial Schedule" (Dkt. No. 22), which Plaintiff describes as a "motion to extend this case." Id. at 1.

Because the parties have not even filed a Joint Status Report yet, there is no case schedule in place. Plaintiff is directed to review the Order Regarding Initial Disclosures and Joint Status Report (Dkt. No. 10) and the minute order directing the parties to file their Joint Status Report by November 3, 2017 (Dkt. No. 21). It is the filing of the Joint Status Report which will determine the trial date and case schedule in this matter; the Court will make no other orders regarding the case schedule until receipt of the Joint Status Report. Therefore,

ORDER STRIKING MOTION TO SET TRIAL SCHEDULE - 1

1       IT IS ORDERED that Plaintiff's "Motion to Set Trial Schedule" is STRICKEN.

2       IT IS FURTHER ORDERED that the parties are to comply with the Court's orders and

3 file a Joint Status Report by November 3, 2017. Failure to do so may result in sanctions up to

4 and including dismissal of the action.

6       The clerk is ordered to provide copies of this order to Plaintiff and to all counsel.

7       Dated: October 31, 2017.

                              Marsha J. Pechman
                              United States District Judge