UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD CALE,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | CASE NO. C17-1099-MJP<br><br>ORDER ON PLAINTIFF'S MOTION REGARDING SERVICE<br><br>ORDER TO SHOW CAUSE |

THIS MATTER comes before the Court on Plaintiff's Motion Regarding Service, which is effectively a request to waive personal service. (Dkt. No. 28.) Having reviewed the Motion and the Response (Dkt. No. 29), the Court DENIES Plaintiff's Motion.

The Complaint in this matter was filed on September 18, 2017. (Dkt. No. 14.) To date, Plaintiff has not provided proof that proper service of the Summons and Complaint has been made on Defendants in the manner required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause by January 19, 2018 why this matter should not be dismissed without prejudice for failure to prosecute.

The clerk is ordered to provide copies of this order to all counsel.

Dated January 8, 2018.

Marsha J. Pechman
United States District Judge