# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EDWARD CALE, | CASE NO. C17-1099-MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: On January 17, 2018, Plaintiff filed an Affidavit of Service of Summons and Complaint on the United States of America. (Dkt. No. 32.) The Court has reviewed the affidavit and finds that Plaintiff has effected proper service on Defendants. The trial date and related dates previously set by the Court remain in effect. (Dkt. No. 27.)

The clerk is ordered to provide copies of this order to all counsel.

Filed January 22, 2018.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk