# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EDWARD CALE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | CASE NO. C17-1099-MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: Having reviewed Plaintiff's Motion to Proceed, Motion to Seal Evidence, and Motion to Determine EEO Jurisdiction (Dkt. No. 39), the Court rules as follows:

(1) The Motion to Proceed is deemed Plaintiff's Opposition to Defendant's Motion to Dismiss. (Dkt. No. 35.)

(2) The Motion to Seal is hereby re-noted to March 30, 2018, pursuant to LCR 7(d)(2). Defendant is ordered to file any response by March 28, 2018.

(3) The Motion to Determine EEO Jurisdiction asks the Court "to decide whether to have the EEO department hear the parts of this case that are related to protected categories, or to have all elements of the civil and EEO case heard in this court." The Court will address this jurisdictional question in its ruling on Defendant's Motion to Dismiss.

The clerk is ordered to provide copies of this order to all counsel.

Filed March 21, 2018.

William M. McCool<br>
Clerk of Court<br><br>
s/ Paula McNabb<br>
Deputy Clerk