# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EDWARD CALE, | CASE NO. C17-1099-MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNITED STATES, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: Plaintiff has filed what purports to be a Stipulated Motion to Seal. (Dkt. No. 41.) Because there is no indication of any stipulation by the parties, and because the motion appears to relate to the same documents and evidence that are the subject of Plaintiff's existing Motion to Seal (Dkt. No. 39), the Court will consider Dkt. No. 41 as an additional submission in support of Dkt. No. 39 and not as a separate motion.

Plaintiff is advised that any further filings related to the sealing of documents and evidence will be stricken.

The clerk is ordered to provide copies of this order to all counsel.

Filed March 22, 2018.

                    <u>William M. McCool</u>
                    Clerk of Court

                    <u> s/ Paula McNabb</u>
                    Deputy Clerk

MINUTE ORDER - 2